Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JOSE ANGEL MORENO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANGEL MORENO ) | Case No.: 1:16-cv-00977-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE OPENING BRIEF |
| ) | |
| NANCY A. BERRYHILL,  Acting ) | (FIRST REQUEST) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff Jose Angel Moreno and Defendant Carolyn W. Colvin, Acting

Commissioner of Social Security, through their undersigned attorneys, stipulate,

subject to this court's approval, to extend the time by 30 days from February 23,

2017, to March 25, 2017, for Plaintiff to file an opening brief, with all other dates

in the Court's Order Concerning Review Of Social Security Cases extended

accordingly. This is Plaintiff's first request for an extension.

///

1    This request is made at the request of Plaintiff's counsel to allow additional

2    time to fully research the issues presented.  Counsel for plaintiff has an appellate

3    brief due today, an administrative hearing tomorrow, and continues the search to

4    replace the person to whom this case was originally assigned.

5    DATE: February 21, 2017                Respectfully submitted,

6                                 LAWRENCE D. ROHLFING

7                                 /s/ Lawrence D. Rohlfing
     BY: _____

8                                 Lawrence D. Rohlfing

9                                 Attorney for plaintiff Mr. Jose Angel Moreno

10

11   DATE:  February 21, 2017

12                                 PHILLIP A.TALBET
                                   United States Attorney
13

14                                 /s/ Cynthia B. De Nardi
     BY: _____
15                                 Cynthia B. De Nardi
                                   Special Assistant United States Attorney
16                                 Attorneys for defendant Nancy A. Berryhill
                                   |*authorized by e-mail|
17

18                                 ORDER

19        Pursuant to the stipulation of the parties, and good cause appearing, IT IS

20   HEREBY ORDERED that Plaintiff shall have an extension of time to March 25,

21   2017, in which to file Plaintiff's Opening Brief.  All other dates in the Court's

22   Scheduling Order shall be extended accordingly.

23   IT IS SO ORDERED.

24

25   Dated:  __February 23, 2017__          __/s/ Barbara A. McAuliffe__

26                                 UNITED STATES MAGISTRATE JUDGE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26